# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20240724-48

Norman Louis Straub
Mestemaker Straub
3100 Timmons Lane
Suite 455
Houston, TX 77027

United States Courts
Southern District of Texas
**FILED**

AUG 0 8 2024

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, July 24, 2024
Case Number: 4:24-cv-02479
Document Number: 5 (3 pages)
Notice Number: 20240724-48
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ᴮʸ PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUL 24 2024
$ 000.69⁰

United States Courts
Southern District of Texas
FILED
AUG 08 2024
Nathan Ochsner, Clerk of Court

NIXIE          773  DC 1          0008/07/24
         RETURN TO SENDER
         INSUFFICIENT ADDRESS
         UNABLE TO FORWARD
BC: 77208101010          *1133-01637-25-01

77208>1010